02D01-2308-CT-000551
Filed: 8/9/2023 11:28 AM
Clerk
Allen County, Indiana
DM
Allen Superior Court 1
USDC IN/ND case 1:23-cv-00379-HAB-SLC   document 7   filed 08/09/23   page 1 of 5

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

| NERVIZA RIZVIC, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MANPOWER OF LANSING, | ) |
| MICHIGAN, INC. and | ) |
| PARKVIEW HOSPITAL, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, by counsel, alleges against Defendants that:

1. The Plaintiff is Nerviza Rizvic, a resident of Fort Wayne Indiana at all material times to this Complaint.

2. The Defendant Manpower of Lansing Michigan, Inc. is a corporation authorized to do business in the state of Indiana, and does so at 101 W. Washington Boulevard, Fort Wayne, Indiana 46825. At all material times to this Complaint, Defendant was an "employer" for purposes of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq*. ("ADA"), and the Indiana Worker's Compensation Act.

3. Also named as a defendant is Parkview Hospital, Inc., d/b/a Parkview Regional Medical Center ("Parkview"), a company doing business at 11109 Parkview Plaza Drive, Fort Wayne, Indiana 46845. At all material times, Defendant Parkview was an "employer" for purposes of the Indiana Workers Compensation Act, and was the co-employer of the Plaintiff.

–1–

**EXHIBIT A**

4. Plaintiff filed a Charge of Discrimination against Manpower with the Indiana Civil Rights Commission on May 3, 2023, Charge No. 470-2023-00487, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". The EEOC issued a Determination and Notice of Rights on May 15, 2023, a copy of which is attached hereto as Exhibit "B". All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

5. An additional Charge of Discrimination was filed against Parkview Hospital, Inc. (Plaintiff's co-employer) on August 7, 2023. That Charge is still pending with the EEOC. The Plaintiff will amend her Complaint to add the claim addressed by that Charge, once the EEOC issues the Determination and Notice of Rights that Charge.

6. The Plaintiff was hired by the Defendants on or about April 4, 2022, and placed at Defendant Parkview's Regional Medical Center in Fort Wayne, Indiana, as a housekeeper. At all material times to this Complaint, the Plaintiff was working for both of the Defendants, and performed within the reasonable expectations of both of the Defendants.

7. On or about September 19, 2022, Plaintiff suffered a work-related injury. Plaintiff slipped and fell at work, badly injuring her knee causing severe knee and back pain. Plaintiff promptly reported the work injury to representatives of both the Defendants Following the injury, Plaintiff sought medical treatment.

8. The work-related injury, because of its severity, substantially impaired her major life activities, including the major life activities of lifting, walking, and standing for long periods of time.

9. On or about October 7, 2022, Plaintiff provided the Defendants a copy of her medically-ordered work restrictions that included a limitation to the of weight she could lift. Notwithstanding those work restrictions, Plaintiff could still perform the essential functions of her job with reasonable accommodations from the Defendants.

10. After seeing the information about Plaintiff's work restrictions, the Defendants representatives provided no further information about additional steps she needed to take in order to continue working, and they failed to provide Plaintiff with information about how to file for Worker's Compensation benefits, even though Plaintiff was qualified and entitled to those benefits.

11. On or about October 31, 2022, Defendant Manpower's representative informed Plaintiff that there was allegedly "no work" for her; the Plaintiff was thus terminated by the Defendants and each of them.

12. Plaintiff contends that she suffered from a disability/perceived disability/record of impairment from her work injury. She further contends that Defendant Manpower denied her reasonable accommodations and failed to engage in the interactive process with her to permit her to continue working either with or without reasonable accommodations.

13. Plaintiff contends that Defendant Manpower discriminated against her and retaliated against her on the basis of her work-related injury and her disability/perceived disability/record of impairment, in violation of Plaintiff's federally protected rights under the ADA.

14. She additionally contends that her co-employer Defendant Manpower and Defendant

–3–

Parkview each discriminated against and retaliated against her for suffering a work related injury and asserting her rights to workers compensation benefits, in violation of her rights under the laws and public policies of the state of Indiana, and the Indiana Workers Compensation Act.

15. The unlawful discriminatory and retaliatory conduct of the Defendants, and each of them, was the direct and proximate cause of the Plaintiff suffering the loss of her job and job-related benefits including income, and additional subjected Plaintiff to inconvenience, mental anguish, emotional distress, and other damages and injuries.

16. The unlawful discriminatory and retaliatory conduct of the Defendants, and each of them, was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights and/or rights under the laws and public polices of the state of Indiana, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff by counsel respectfully requests judgment against the Defendants, and each of them, for compensatory damages, punitive damages, reasonable attorneys' fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
Ilene M. Smith, # 22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
Counsel for Plaintiff

8/9/23
IMS/js